Karen L. Martinez (Bar No. # 7914)
Thomas M. Melton (Bar No. # 4999)
Lindsay S. McCarthy (Bar No. # 5216)
Attorneys for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION
15 W. South Temple, Suite 1800
Salt Lake City, UT 84101
(801) 524-5796

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIATECT INTERNATIONAL CORPORATION, DAVID H. ANDRUS, JAY W. DOWNS AND MICHAEL P. McQUADE.<br><br>Defendants. | Civil Action No. 2:07CV709<br><br>Judge: Dale Kimball<br><br>**NOTICE OF DISMISSAL OF DIATECT INTERNATIONAL CORPORATION** |

Plaintiff United States Securities and Exchange Commission ("Commission") and Defendants Diatect International Corporation, David H. Andrus, and Michael P. McQuade, by and through their counsel of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby stipulate to the Commission's Dismissal with prejudice of Diatect International Corporation.

Dated this 10th day of June 2010.

/s/ Thomas M. Melton
Thomas M. Melton (Utah State Bar. No. 4999)
Karen L. Martinez (Utah State Bar. No. 7914)
Lindsay S. McCarthy (Utah State Bar No. 5216)
SECURITIES AND EXCHANGE COMMISSION
15 West South Temple Street, Suite 1800
Salt Lake City, Utah 84101
Telephone No.: (801) 524-5796

/s/ Wallace T. Boyack
Wallace T. Boyack, Esq.
BOYACK ASHTON LLC
2290 E 4500 S #130
SALT LAKE CITY, UT 84117
Email: wboyack@hotmail.com
*Attorney for Diatect International Corp . and David H. Andrus*

Jennifer A. James
Jennifer A. James, Esq.
CLYDE SNOW SESSIONS & SWENSON
ONE UTAH CENTER 13TH FL
201 S MAIN ST
SALT LAKE CITY, UT 84111-2216
Email: jaj@clydesnow.com
*Attorneys for Michael P. McQuade*

CERTIFICATE OF SERVICE

I hereby certify that on the 10 day of June, 2010, I caused to be sent by either Electronic Mail or through the Court's CM ECF System, as indicated below, a true and correct copy of the foregoing **STIPULATION TO THE DISMISSAL OF DIATECT INTERNATIONAL CORPORATION** to:

**CM/ECF**

**Wallace T. Boyack**
BOYACK ASHTON LLC
2290 E 4500 S #130
SALT LAKE CITY, UT 84117
Email: wboyack@hotmail.com
*Attorney for Diatect International Corp . and David H. Andrus*

**Jennifer A. James**
**Neil A. Kaplan**
CLYDE SNOW SESSIONS & SWENSON
ONE UTAH CENTER 13TH FL
201 S MAIN ST
SALT LAKE CITY, UT 84111-2216
(801)322-2516
Email: jaj@clydesnow.com
Email: nak@clydesnow.com
*Attorneys for Michael P. McQuade*

**E-MAIL**

Ashby D. Boyle, III
6364 S. Highland Drive #200
Salt Lake City, Utah 84121
Telephone No.: 801-573-8163
adblaw@msn.com
*Attorney for Jay W. Downs*


/s/ Marie Elliott